**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ANTONIO ORPIADA,

Plaintiff,

v.

BENSEN, *et al.*,

Defendants.

Case No. 3:25-CV-00124-ART-CLB

**ORDER GRANTING MOTION TO EXTEND DEADLINE TO MOVE TO AMEND COMPLAINT**

[ECF No. 28]

Pending before the Court is Plaintiff Antonio Orpiada's ("Orpiada") motion to extend the deadline to move to amend his complaint. (ECF No. 28.) The current deadline was July 10, 2026, (ECF No. 25 at 6), and Orpiada asks the Court to extend it to October 13, 2026. Defendants did not file a response to Orpiada's motion, which "constitutes a consent to the granting of the motion." LR 7-2(d). Accordingly, Orpiada's motion, (ECF No. 28), is **GRANTED**, and the new deadline to move to amend his complaint is **Tuesday, October 13, 2026**.

**IT IS SO ORDERED**.

**DATED**: July 24, 2026.

**UNITED STATES MAGISTRATE JUDGE**